**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Cr. No. 2:25-cr-20381-BC** |
| | ) | |
| **JAYDEN BRYANT,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Defendant filed a Motion for Bill of Particulars. Doc. 55. That Motion was referred to Magistrate Judge Charmiane G. Claxton. Doc. 58. Judge Claxton filed her Report and Recommendation that the Motion be denied. No objections were filed and the deadline has passed.

A District Judge may designate a Magistrate Judge to submit proposed findings of fact and conclusions of law for disposition of certain motions. 28 U.S.C. § 636(b)(1)(B). The District Judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge," and "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* The court is not required to review—under a de novo or any other standard—those aspects of the report and recommendation to which no objection is made. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Based upon the lack of any objections, the Court **ADOPTS** the Report and Recommendation (Doc. 77) in full and **DENIES** the Motion for Bill of Particulars (Doc. 55).

**IT IS SO ORDERED**, this 30th day of July, 2026.

s/ *Brian C. Lea*
BRIAN C. LEA
UNITED STATES DISTRICT JUDGE